

Robert F. Renaud*
Adam J. Colicchio
Alex H. Sobel

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

Writer's Direct Email:
rrenaud@rcnjlaw.com

September 17, 2025

*(via PACER)*
Hon. Tonianne J. Bongiovanni, U.S.M.J.,
United States District Court
District of New Jersey
402 East State Street, Courtroom 6E
Trenton, New Jersey 08608

   Re: <u>Peter Forsman v. Borough of Fair Haven, et al</u>
      Civil Action No.: 3:21-cv-08181-BRM

Dear Judge Bongiovanni:

  The following is the proposed discovery schedule, to which all counsel have agreed:

  Fact depositions of Fair Haven Police Officer Lagrotteria and Defendant Lorensen to take place by November 5, 2025.

  Fact discovery closed November 5, 2025.

  Plaintiff to identify proposed expert witnesses by November 1, 2025.

  Plaintiff to serve expert reports by December 1, 2025.

  Defendants serve expert reports by January 15, 2026.

  Expert depositions to be completed by February 15, 2026.

  Thank you for courtesies.

             Very truly yours,
             RENAUD COLICCHIO LLC
             /s/ *Robert F. Renaud*
             Robert F. Renaud, Esq.

RFR/mm